# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CARTER, DAVID O. | UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CA | 04/19/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Ronald Reagan Federal Building and United States Courthouse
411 West 4th Street, Suite 9-160
Santa Ana, California 92701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | November 10th Association (Marine Corps) |
| 2. | Board Member | On Track (Stop Substance Abuse Among Children) |
| 3. | Advisory Board Member | KinderCamrarina (Encourage Minority Youth Re Education) |
| 4. | Board Member | Orange County Federal Bar Association |
| 5. | Judge Advocate/Sgt at Arms | 1st Battalion 9th Marines Association |
| 6. | Board Member | Global Center on Cooperative Security, Counter Terrorism Executive Directorate, United Nations |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, DAVID O. | 04/19/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | States of CA - Judicial State Retirement | $111,882.15 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | United Nations Security Council Counter-Terrorism (CTED) | 01//06 - 01/13 | Bangkok, Thailand | Seminar | Transportation, Food & Lodging |
| 2. | United Nations Security Council Counter-Terrorism (CTED) | 02/14 - 02/17 | New York, New York | Seminar | Transportation, Food & Lodging |
| 3. | United Nations Counter-Terrorism, Global Center on Cooperative Security | 02/24 - 03/2 | Bangkok, Thailand | Seminar | Transportation, Food & Lodging |
| 4. | Internt'l Institute for Justice and the Rule of Law (IIJ) & Global Counter-Terrorism | 03/23 - 03/29 | Rabat, Morocco | Seminar | Transportation, Food & Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | CARTER, DAVID O. | 04/19/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Federal Judicial Center Educational Seminar | 05/02 - 05/04 | Washington, DC | Seminar | Transportation, Food & Lodging |
| 6. | Federal Judges Association | 05/04 - 05/07 | Washington, DC | Seminar | Transportation, Food & Lodging |
| 7. | United States Department of Justice, OPDAT | 05/24 - 06/01 | Kathmandu, Nepal | Seminar | Transportation, Food & Lodging |
| 8. | United Nations Counter-Terrorism & Global Center on Cooperative Security | 06/06 - 06/13 | Bangkok, Thailand | Seminar | Transportation, Food & Lodging |
| 9. | United States Patent and Trademark Office | 06/16 - 06/23 | Tashkent, Uzbekistan | Seminar | Transportation, Food & Lodging |
| 10. | United Nations Counter-Terrorism & Global Center on Cooperative Security | 07/08 - 07/13 | Valletta, Malta | Seminar | Transportation, Food & Lodging |
| 11. | Circuit Judicial Conference | 07/22 - 07/25 | Anaheim, California | Seminar | Transportation, Food & Lodging |
| 12. | United States Department of Justice (OPDAT) | 08/04 - 08/11 | Hong Kong, Hong Kong | Seminar | Transportation, Food & Lodging |
| 13. | National Association of Women Judges | 10/03 - 10/05 | San Antonio, Texas | Seminar | Transportation, Food & Lodging |
| 14. | Association of Business Trial Lawyers, Orange County Chapter | 10/10 - 10/14 | Maui, Hawaii | Seminar | Transportation, Food & Lodging |
| 15. | United States Department of Justice (OPDAT) | 10/19 - 10/28 | Kuala Lumpur, Malaysia | Seminar | Transportation, Food & Lodging |
| 16. | United Nations Counter-Terrorism, Global Center on Cooperative Security | 12/09 - 12/11 | New York, New York | Seminar | Transportation, Food & Lodging |
| 17. | United Nations Counter-Terrorism, Global Center on Cooperative Security | 12/15 - 12/20 | Tokyo, Japan | Seminar | Transportation, Food & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, DAVID O. | 04/19/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Chase Visa | Credit Card | None |
| 2. | MasterCard Citibank | Credit Card | None |
| 3. | MasterCard Chase | Credit Card | None |
| 4. | Visa Citi Bank | Credit Card | None |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, DAVID O. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Orange County, California | E | Rent | O | W | | | | | |
| 2. Vacant Land #1 - Siskiyou County, California | | None | M | W | | | | | |
| 3. Union Bank of CA | A | Interest | J | T | | | | | |
| 4. Vacant Land #2, Pugatory, Colorado | | None | M | W | | | | | |
| 5. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, DAVID O. | 04/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, DAVID O. | 04/19/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ DAVID O. CARTER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544